UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.

MARJAM SUPPLY COMPANY, INC.   )
    Plaintiff,   )
       )
    v.   )
       )
EVERETT RIKEMAN a/k/a RICK   )
RIKEMAN   )
    Defendant   )

05 10570 RWZ

PLAINTIFF'S RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to local rule 7.3(A), Plaintiff, Marjam Supply Company, Inc. hereby states that there are no parent corporations or publicly held companies that own 10% or more of Plaintiff's Stock.

    Marjam Supply Company, Inc.
    By its Attorneys,

    */s/ Charles F. Houghton*

    Charles F. Houghton, Esq.
    271 Main Street, #202
    Stoneham, MA 02180
    Phone: (781) 438-7444
    Facsimile: (781) 438-2078
    BBO #: 241060

    */s/ Robin Stein*

    Robin Stein, Esq.
    271 Main Street, #202
    Stoneham, MA 02180
    Phone: (781) 438-7444
    Facsimile: (781) 438-2078
    BBO #: 654829

CHARLES F. HOUGHTON

ATTORNEY AT LAW
271 MAIN STREET
SUITE 202
STONEHAM, MA
02180-3580

TEL: 781-438-7444
FAX: 781-438-2078

## Certificate of Service

    I hereby certify that the above document is being serve upon the defendant by hand with the original verified complaint in this matter.

March 24 2005.

CHARLES F. HOUGHTON

ATTORNEY AT LAW
271 MAIN STREET
SUITE 202
STONEHAM, MA
02180-3580

TEL: 781-438-7444
FAX: 781-438-2078