# UNITED STATES DISTRICT COURT

For the _____   District of ___Massachusetts___

Marjam Supply Company, Inc.

v.

Everett Rikeman a/k/a Rick Rikeman

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10570 RWZ

*[FILED CLERKS OFFICE stamp: 2005 MAR 29 P 12:34 U.S. DISTRICT COURT DISTRICT OF MASS]*

**TO:** (Name and address of Defendant)

Everett Rikeman a/k/a Rick Rikeman
31 Pine Street
Stoneham, MA 02180

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles F. Houghton, Esquire
271 Main Street, Suite 202
Stoneham, MA 02180

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**                                3/24/2005

CLERK                                                        DATE

_[signature]_

(By) DEPUTY CLERK

# COMMONWEALTH OF MASSACHUSETTS
## OFFICERS RETURN

FILED
IN CLERKS OFFICE

2005 MAR 29 P 12: 34

U.S. DISTRICT COURT
DATE: March 24, 2005 MASS

I this day served _____Everett Rikeman_____ to appear as within

directed by delivering service to  31 Pine Street        Stoneham    MA
                                       Street                            City     State

How Served:     Accepted In Hand By Adult Female Over 18
                       3/24/2005 @ 5:30p.m.

Docket Reference __Marjam Supply__

Service & Mileage        30.00

Witness Fee

Subscribed & sworn to before me Robert Sweeney on this 24th day of March of, 2005.

*Robert W Sweeney*
Disinterested Person, Process Server

*Robert W Sweeney*
Notary Public
My Commission Expires 2/18/2011

    1.    Summons
    2.    Civil Cover Sheet
    3.    Verified Complaint
    4.    Employment Agreement
    5.    Plaintiff's Emergency Motion For A Preliminary Injunction
    6.    Plaintiff's Rule 7.3(A) Corporate Disclosure Statement
    7.    Memorandum In Support Of Plaintiff's Emergency Motion For Preliminary Injunction