UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 30  P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MARJAM SUPPLY COMPANY, INC., )<br>Plaintiff ) | |
| v. ) | CIVIL ACTION NO: 05-10570RWZ |
| EVERETT RIKEMAN a/k/a )<br>RICK RIKEMAN, )<br>Defendant ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for Everett Rikeman a/k/a Rick Rikeman, in the above-entitled case.

                                          EVERETT RIKEMAN a/k/a RICK RIKEMAN
                                          By his attorney,

                                          Robert W. Hurwitz, BBO#245810
                                          Wayne, Richard & Hurwitz LLP
                                          One Boston Place
                                          Boston, MA 02108
                                          (617) 720-7870

Dated: March 29, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail (by hand) on 3/29/05