UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARJAM SUPPLY COMPANY, INC., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>EVERETT RIKEMAN, )<br>    Defendant )<br>) | Civil Action No. 05 10570-RWZ |

### OPPOSITION OF DEFENDANT EVERETT RIKEMAN
### TO PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

Defendant Everett Rikeman ("Rikeman") hereby opposes the Emergency Motion For A Preliminary Injunction filed by Plaintiff Marjam Supply Company, Inc. ("Marjam").

As grounds therefore, Rikeman states that:

1. The Employment Agreement relied upon by Marjam contains a choice-of-law provision which requires application of New York law herein; and

2. Marjam has not advanced a legitimate interest that would require or permit issuance of a injunction under the circumstances presented herein, whether judged pursuant to New York or Massachusetts law.

For further grounds therefore, Rikeman hereby incorporates by reference the accompanying Affidavit of Everett Rikeman and Memorandum in Opposition to the Plaintiff's Emergency Motion For A Preliminary Injunction.

WHEREFORE, Defendant Everett Rikeman hereby respectfully requests that this Court DENY the Plaintiff's Emergency Motion For A Preliminary Injunction.

DEFENDANT EVERETT RIKEMAN,
By his attorneys,

Robert W. Hurwitz, BBO #245810
Eugene R. Richard, BBO # 546781
WAYNE, RICHARD & HURWITZ LLP
One Boston Place, Suite 3620
Boston, MA 02108
(617) 720-7870

Dated: April 6, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail/hand delivery on 4/6/05

2