UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A Number: 05-10570 RWZ

| | |
|---|---|
| MARJAM SUPPLY COMPANY, INC. | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| EVERETT RIKEMAN a/k/a RICK RIKEMAN | ) |
|     Defendant | ) |
| | ) |

**STIPULATION OF DISMISSAL**

NOW COME the Parties and hereby stipulate to the dismissal of the above-referenced action.

This dismissal is made pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii) with prejudice and without costs.

| For the Plaintiff | For the Defendant |
|---|---|
| Marjam Supply Company, Inc. | Everett Rikeman a/k/a Rick Rikeman |
| By its Attorneys, | By his Attorney, |
| | |
| /s/ Robin Stein | /s/ Robert W. Hurwitz |
| Charles F. Houghton, BBO# 241060 | Robert W. Hurwitz, BBO# 245810 |
| Robin Stein, BBO# 654829 | Eugene R. Richard, BBO# 546781 |
| Law Offices of Charles F. Houghton | Wayne, Richard & Hurwitz |
| 271 Main Street, Suite 202 | One Boston Place, Suite 3620 |
| Stoneham, MA 02180 | Boston, MA 02108 |
| (781) 438-7444 | (617) 720-7870 |

March __9__, 2006